IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-645-RJC-DCK

| | |
|---|---|
| BLAKENEY PRESERVE HOMEOWNERS ASSOCIATION, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) **ORDER** |
| THE HANOVER AMERICAN INSURANCE COMPANY, et al., | ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 16) filed by Robert H. Jessup, concerning William L. Flournoy, on July 28, 2023. William L. Flournoy seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 16) is **GRANTED**. William L. Flournoy is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: July 28, 2023

David C. Keesler
United States Magistrate Judge