IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-645-RJC-DCK

| | |
|---|---|
| BLAKENEY PRESERVE HOMEOWNERS ASSOCIATION, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) **ORDER** ) |
| THE HANOVER AMERICAN INSURANCE COMPANY, et al., | ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 22) filed by Robert M. Kennedy, Jr., concerning Mark C. Dodart, on August 21, 2023. Mark C. Dodart seeks to appear as counsel *pro hac vice* for Defendants The Hanover American Insurance Company, The Hanover Insurance Company, and The Hanover Insurance Group, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 22) is **GRANTED**. Mark C. Dodart is hereby admitted *pro hac vice* to represent Defendants The Hanover American Insurance Company, The Hanover Insurance Company, and The Hanover Insurance Group, Inc.

**SO ORDERED**.

Signed: August 21, 2023

David C. Keesler
United States Magistrate Judge