IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-645-RJC-DCK

| BLAKENEY PRESERVE HOMEOWNERS ASSOCIATION, INC., | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER** |
| THE HANOVER AMERICAN INSURANCE COMPANY, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 44) filed by Robert M. Kennedy and Turner Albernaz, concerning Russell E. Reviere, on January 9, 2024. Russell E. Reviere seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 44) is **GRANTED**. Russell E. Reviere is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: January 9, 2024

David C. Keesler
United States Magistrate Judge