IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-645-RJC-DCK

| BLAKENEY PRESERVE HOMEOWNERS ASSOCIATION, INC., | ) ) ) |  |
|---|---|---|
| Plaintiff, | ) ) |  |
| v. | ) ) | **ORDER** |
| THE HANOVER AMERICAN INSURANCE COMPANY, | ) ) ) |  |
| Defendant. | ) ) ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 46) filed by Robert H. Jessup, concerning Dennis D. Bailey, on January 25, 2024. Dennis D. Bailey seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 46) is **GRANTED**. Dennis D. Bailey is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: January 25, 2024

David C. Keesler
United States Magistrate Judge