UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cv-00645-RJC-DCK

| | |
|---|---|
| BLAKENEY PRESERVE HOMEOWNERS ASSOCIATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE HANOVER AMERICAN INSURANCE COMPANY, <br><br> Defendant. | ORDER |

**THIS MATTER** comes before the Court on Defendant The Hanover American Insurance Company's Request for a New Trial Setting, (Doc. No. 52), and Plaintiff Blakeney Preserve Homeowners Association, Inc's Response in Opposition, (Doc. No. 53). For good cause shown, including the pending Motion for Summary Judgment, (Doc. No. 31), Defendant's motion, (Doc. No. 52), is **GRANTED**.

**IT IS, THEREFORE, ORDERED** that, for good cause shown, the trial of this matter is continued to July 1, 2024, at 9:30 a.m.

Signed: March 29, 2024

Robert J. Conrad, Jr.
United States District Judge